# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 18, 2015

## NO. 03-14-00387-CV

**Miguel A. Gonzalez, Appellant**

**v.**

**Michael A. Magana, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 3 OF BELL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on May 22, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.